CHARLES CLEVELAND, Appellant, *v.* THE NEW JERSEY STEAMBOAT COMPANY, Respondent.

*Cleveland* v. *New Jersey Steamboat Co.*, 29 App. Div. 627, affirmed.
(Argued May 1, 1901; decided May 17, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 20, 1898, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Edwin H. Risley* for appellant.

*W. P. Prentice* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.